PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-406-3195<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-282-6873 and 916-505-4934 | CASE NO.:   2:22-SW-0446-DB<br><br>                    2:22-SW-0447-DB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated:   March 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE